UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TRAVIS ALLAN BISHOP,

Plaintiff - Appellant,

v.

BENJAMIN HUGHES, Salem Police Officer; et al.,

Defendants - Appellees.

No. 25-759

D.C. No.
2:24-cv-01441-HZ

District of Oregon,
Pendleton

MANDATE

The judgment of this Court, entered May 26, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT